COMMON PLEAS COURT
WARREN COUNTY, OHIO
FILED

SEP 20 2022

James L. Spaeth
Clerk of Courts Warren County Ohio

**IN THE COURT OF COMMON PLEAS**
**WARREN COUNTY, OHIO**

| | | |
|---|---|---|
| DEMOND MOORE,<br><br>Plaintiff,<br><br>v.<br><br>IHG LLC,<br><br>Defendant. | ) | CASE NO. 22CV095465<br><br>JUDGE DONALD E. ODA II<br><br>**NOTICE OF DISMISSAL AS TO IHG LLC ONLY** |

Pursuant to Rule 41(A)(1)(a) of the Ohio Rules of Civil Procedure, Plaintiff Demond Moore, through counsel, hereby gives notice to this Court of his dismissal of all claims in this action against IHG LLC, without prejudice. Upon information and belief, the proper defendant entity in this action should be Next Generation Hospitality LLC d/b/a Kings Inn and Suites. Plaintiff has filed an Amended Complaint to reflect this proper defendant.

Respectfully submitted,

*/s/ Matthew G. Bruce*

Matthew G. Bruce (0083769)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
Phone: (216) 291-4744
Fax: (216) 291-5744
Email: Matthew.Bruce@SpitzLawFirm.com

*Attorneys for Plaintiff Demond Moore*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon the following via electronic mail this 20th day of September 2022:

Joshua Adam Engel, Esq.
ENGEL & MARTIN, LLC
4660 Duke Drive, Suite 101
Mason, OH 45040
Email: engel@engelandmartin.com

*Attorneys for Defendant*

*/s/ Matthew G. Bruce*
Matthew G. Bruce (0083769)
**SPITZ, THE EMPLOYEE'S LAW FIRM**