# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM STATE COURT

*This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Court*

State Court County: __Warren County Common Pleas__

Case number and caption:

| __22CV095465__ | | __DEMOND MOORE__ | vs | __NEXT GENERATION I__ |
|---|---|---|---|---|
| Case Number | | Plainfiff(s) | | Defendant(s) |

Jury Demand Made in State Court:  ☒ Yes  ☐ No

If "Yes," by which party and on what Date:

| __PLAINTIFF__ | __9/20/2022__ |
|---|---|
| Party | Date |

| | | |
|---|---|---|
| Were there parties not served prior to removal? | ☐ Yes | ☒ No |
| Were there parties dismissed/terminated prior to removal? | ☒ Yes | ☐ No |
| Were there answers filed in State Court? | ☐ Yes | ☒ No |
| Is there a pending TRO in State Court? | ☐ Yes | ☒ No |

*If you have answered "yes" to any of the above please list parties not served, the parties dismissed/terminated and the parties that filed their answers on the reverse of this page.*

*On the reverse of this page please list all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address and phone number, including area code.*

Are copies of all state case pleadings attached to your removal?  ☒ Yes  ☐ No

If your answer is "No", when will they be filed: _____

List the parties that are removing the case:
__Next Generation Hospitality__

| Parties Not Served | Parties Dismissed | Answers Filed |
|---|---|---|
| *I.E. Defendant John Doe* | *I.E. Defendant John Doe* | *I.E. Defendant John Doe* |
| None | Defendant IHG, LLC | None |

| Party and Type | Attorney(s) |
|---|---|
| *I.E.   Plaintiff John Doe* | *I.E.   Attorney(s) Name* |
| | *Firm* |
| Plaintiff Demond Moore | *Address* |
| | *City, State, Zip* |
| Defendant Next Generation Hospitality LLC d/b/a Kings Inn and Suites | *Telephone and Fax Number* |
| | *Supreme Court Number* |

For Plaintiff:
Matthew G. Bruce (0083769)
SPITZ, THE EMPLOYEE'S LAW FIRM
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
Phone: (216) 291-4744
Email: Matthew.Bruce@SpitzLawFirm.com

For Defendant:
Joshua Adam Engel (0075769)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

USE A SEPARATE SHEET OF PAPER IF NECESSARY