IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| DEMOND MOORE, | Case No. 1:22-cv-00548-MRB |
| Plaintiff, | JUDGE: BARRETT |
| v. | MOTION TO CONTINUE STATUS CONFERENCE |
| NEXT GENERATION HOSPITALITY LLC. | |
| Defendant | |

Defendant Next Generation Hospitality, LLC, d/b/a Kings Inn & Suites ("NGH"), respectfully submits this Motion to Continue the January 19, 2023 Status Conference hearing. (Doc#6.)

As grounds for this Motion, NGH states:

1. NGH's Counsel is scheduled to attend a Board meeting for a non-profit organization (the Clinton County Convention and Visitor's Bureau) at the same time as the Status Conference.

2. Counsel for Plaintiff had indicated that Plaintiff does not oppose this Motion.

3. Counsel represent that Counsel represents that this Motion is not for purposes of delay.

**Wherefore**, this Court should continue the January 19, 2023 Status Conference hearing (Doc#6)

1

                                        Respectfully submitted,

                                        /s/ Joshua A. Engel
                                        Joshua Adam Engel (0075769)
                                        ENGEL AND MARTIN, LLC
                                        4660 Duke Dr., Suite 101
                                        Mason, OH 45040
                                        (513) 445-9600
                                        engel@engelandmartin.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's ECF System this January 6, 2023 upon all counsel of record.

        /s/ Joshua Engel
Joshua Adam Engel (0075769)

2