**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

(Revised 09/19)

| | | |
|---|---|---|
| DEMOND MOORE | : | |
| Plaintiff, | : | Case No.: 1:22-CV-00548 |
| -vs- | : | District Judge BARRETT |
| NEXT GENERATION HOSPITALITY LLC | | Magistrate Judge |
| Defendant, | : | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Matthew G. Bruce__, trial
(Name of Trial Attorney)

attorney for __Demond Moore__, in the above-referenced action, hereby moves the court to
(Name of Party)

admit __Samuel T. Long__, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for __Demond Moore__.
(Name of Party)

Movant represents that __Samuel T. Long__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __West Virginia__ as attested by the accompanying certificate from that
(Name of State)

court and that __Samuel T. Long__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee

<u>     Samuel T. Long     </u> 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone <u>859-317-5921</u>     Business fax <u>216-291-5744</u>

Business address <u>11260 Chester Rd., Ste. 825</u>

<u>     Cincinnati, OH 45246     </u>

Business e-mail address <u>sam.long@spitzlawfirm.com</u>

<u>*Matthew G. Bruce*</u>
(Signature of Trial Attorney)
<u>11260 Chester Rd., Suite. 825</u>
(Address)
<u>Cincinnati, OH 45246</u>
(City, State, Zip Code)
<u>513-285-0351</u>
(Telephone Number)

Trial Attorney for <u>Demond Moore</u>
(Name of Party)

**(Please attach required Certificate of Service)**