**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| DEMOND MOORE, | ) | CASE NO.: 1:22-cv-00548 |
| | ) | |
| Plaintiff, | ) | JUDGE MICHAEL R. BARRETT |
| | ) | |
| v. | ) | **NOTICE OF SUBSTITUTION** |
| | ) | **OF COUNSEL** |
| NEXT GENERATION HOSPITALITY LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Plaintiff, Demond Moore, by and through undersigned counsel, hereby moves this Court to substitute Attorney Trisha M. Breedlove for Matthew G. Bruce as counsel of record in the above-captioned proceedings effective as of the date of the filing of this Notice. Attorney Breedlove will be lead trial counsel on the matter.

Trisha Breedlove is licensed to practice law in the State of Ohio and has full settlement and decision-making authority for Plaintiff.

Respectfully submitted,

*/s/Trisha M. Breedlove*  
Trisha Breedlove (0095852)  
**SPITZ, THE EMPLOYEE'S LAW FIRM**  
1103 Schrock Road, Suite 307  
Columbus, Ohio 43229  
Phone: (614) 556-4811  
Fax:    (216) 291-5744  
Email: Trisha.Breedlove@spitzlawfirm.com  

*Attorneys for Plaintiff Demond Moore*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Trisha M. Breedlove
Trisha Breedlove (0095852)
**SPITZ, THE EMPLOYEE'S LAW FIRM**

*Attorney for Plaintiff Demond Moore*