**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| DEMOND MOORE, | Case No.    1:22-cv-00548-MRB |
| Plaintiff, | JUDGE:  BARRETT |
| v. | NOTICE OF FILING OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| NEXT GENERATION HOSPITALITY LLC. | |
| Defendant | |

Defendant Next Generation Hospitality, LLC, d/b/a Kings Inn & Suites ("NGH"), respectfully submits the following Exhibits in Support of the Motion for Summary Judgment.

1.  Deposition of Plaintiff

2.  Deposition of Gaganpreet Kaur

3.  February 8, 2021 incident report email (Depo. Ex. A)

4.  February 8, 2021 incident report (Depo. Ex. B)

5.  Statement of Rhonda Craddock (Depo. Ex. C)

6.  February 9, 2021 Employee Disciplinary Action Form (Depo. Ex. D)

7.  March 10,  2021 Employee Write Up (Depo. Ex. E)

8.  March 13, 2021 Authorization for Light Duty (Depo. Ex. F)

9.  March 15, 2021 statement of Gini Kaur (Depo. Ex. G)

10. March 18, 2021 statement of Gini Kaur (Depo. Ex. H)

11. Statement of Nikki Williams (Depo. Ex. I)

12. Job Application (Depo. Ex. K)

13. Plaintiff's Objections and Responses to Defendant's First Set of Interrogatories and

Requests for Production of Documents (Depo. Ex. M)

Respectfully submitted,

_____/s/ Joshua A. Engel_____

Joshua Adam Engel (0075769)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's ECF System this March 13, 2024 upon all counsel of record.

_____/s/ Joshua Engel_____
Joshua Adam Engel (0075769)

2