2/9/2021                                    Gmail - Incident Report

 **Gmail**                    gmatkingsinnandsuites mason <gmatkingsinnandsuites@gmail.com>

## Incident Report
1 message

**Rhonda Craddock** ▮▮▮▮▮▮▮▮▮▮▮▮▮ >                                  Mon, Feb 8, 2021 at 8:20 PM
To: ▮▮▮▮▮▮▮▮ gmatkingsinnandsuites@gmail.com

This statement is in reference to employee Demond Moore On 2/6/2021 on this day he was given a task to do when he arrived to work. The task sheet was not turned in at the end of the day nor was any of the task executed. Demond was asked to go and inspect a room for cleanliness and intentionally placed items on the floor and told front desk agent that the room was clean. This was discovered after the task was requested. In addition Demond was asked to strip all the rooms and make all the beds in each room and it was found that none of these rooms had been stripped nor was any beds made upon checking his work on 2/7. The position in which Demond agreed to intel all of the task that is mentioned in this statement. Demond worked about 10 hours this day and overall completed a few room request per the owner and disregarded every task that was given to him to do.. Demond clearly is defiant and refuses to obey orders. from his Manager / Supervisor and the owner in which he is employed.

Rhonda Craddock
Housekeeping Manager

1:22-cv-00548   DEF28

**EXHIBIT A**