**Incident Report**

**Date: 2/8/21**

**Employee: Demond Moore**

**Manager on Duty: Gini Kaur**

Demond Moore showed up an hour late for his scheduled shift. Upon his arrival he was given a board with instructions left behind by the Housekeeping Manager the day prior. He was also given a list of arrivals and due-outs for the day. During his whole shift he was being rude and disrespectful. Everytime I would come into the laundry room he was making rude comments and assumed I was following him. He was complaining about why the towels were not washed. During the shift I was washing towels. He had clean towels the whole time. I asked him what rooms needed clean towels and he never gave me any room numbers. I asked him to give me his instructions/list which he was given in the morning. He left without giving me the list. I went ahead and checked the list of due outs. He only stripped 3-4 rooms out of the 10 rooms he was given. Did not make any beds per the instructions he was given. For ten hours he was here, he only cleaned three rooms.

1:22-cv-00548   DEF7

EXHIBIT B