This statement is in reference to an employee Demond Moore after the time of the verbal documentation on 2/8/2021 in which there was a conversation on the performance and quality of work of Demond, following the conversation there was an agreement that tasks given to him would be completed and quality of work would improve. Since then Demond **has not** improved yet he has made it very difficult for others to work creating a hostile environment. I have attempted to approach Demond on this behavior and he intentionally ignores me and doesn't follow through with work assignments and just clocks out and leaves anytime you attempt to follow up with him. Demond doesn't listen to any direct orders from his supervisor, the owner and Gm of the hotel. Demond acts of insubordination is very disturbing and takes away from the focus and the needs of a working environment.

Rhonda Craddock
Housekeeping Manager
rhondaacraddock@gmail.com

1:22-cv-00548 DEF10

EXHIBIT
C