# EMPLOYEE DISCIPLINARY ACTION FORM

Employee: Demond Moore  Date of Warning: 2/9/21
Department: Housekeeping  Supervisor: Rhonda Craddock

TYPE OF VIOLATION: Written  WARNING: 2nd

- ☐ Attendance ☐ Carelessness ☑ Disobedience
- ☐ Safety ☐ Tardiness ☑ Work Quality
- ☑ Other creating hostile work enviroment

Violation Date: 2/6/21
Violation Time: (a.m. / p.m.) over a hour shift
Place Violation Occurred: hotel grounds

**EMPLOYER STATEMENT**

On 2/6/21 Demond showed up 1 hour late after for his scheduled shift. It was previously agreed that he would be in at 8am for his shift. That shift he did not strip the rooms he was instructed too nor did he make any beds for the next shift.

**EMPLOYEE STATEMENT**

**WARNING DECISION**

Demond will be sent home for the day. when he returns to work on 2/10/21. He will complete his assigned tasks daily & report to MOD and turn in his board. or he will face further disciplinary action up to

Approved by: Jada Neville   General Manager   2/9/21
Name   Title   Date

List All Previous Warnings (when warned and by whom) and including termination

Previous Warning: 1st Warning
Date 2/4/21
Verbal meeting
Written

Previous Warning: 2nd Warning
Date
Verbal
Written

Previous Warning: 3rd Warning
Date
Verbal
Written

I have read this "warning decision". I understand it and have received a copy of the same.

X refused to sign   2/9/21
Employee Signature   Date

X [signature]   2/9/21
Signature of person who prepared warning   Date

X [signature]   2/9/21
Supervisor's Signature   Date

COPY DISTRIBUTION
☐ Employee ☐ HR Dept ☐ Supervisor

**EXHIBIT D**

Alex will check in with the MOD hourly & give an update of tasks completed. At shift's end he will turn in his task assignment sheet signed and dated. Showing everything he completed on that shift.

Alex will keep a cart outside the room in which he is working at all times while on the clock.

1:22-cv-00548 DEF2