| Employee Write Up | King's Inn & Suites |
|---|---|

### Employee Information

**Employee Name:** Demond Moore  
**Date:** 3/10/21  
**Employee ID:**  
**Job Title:** Housekeeper/supervisor  
**Manager:** Rhonda Daas  
**Department:** Room Division

### Type of Warning

☐ First Warning  ☒ Second Warning  ☐ Final Warning

### Type of Offenses

☐ Tardiness/Leaving Early  
☒ Absenteeism  
☐ Violation of Company Policies  
☒ Substandard Work  
☐ Violation of Safety Rules  
☐ Rudeness to Customers/Coworkers  
☐ Other: _____

### Details

**Description of Infraction:** On 2/9/2021 Alex was informed in a meeting with management that we only needed housekeepers, able to clean 2 room per hours. If unable to do that job, we would not have work for him. He replied no problem If that is what you need that's what I will do, but I need 40 hours. He was also told that he would be given assignments in writing & that is what he would need to do along with notifying the MOD hourly of his completed rooms so the system could be updated. 3/10/21 he failed to complete his work assignment for the 2nd day in a row. He also pulled another employee off her board leaving us short the needed rooms to sell & killing productivity. On 3/9 he completed 10 of 12 rooms & the 10 he completed the bed were already made. 3/10 he & the employee he removed from her board completed 11 of 15 rooms he was assigned & 4 of those the beds were made. Alex is not meeting the minimum standard required. He constantly fails to complete his assigned work & becomes combative with the MGT team. He was 52 minutes late for his shift without calling.

**Plan for Improvement:**
Effective immediately Alex will no longer act in a supervisory capacity. His consistent inability to meet the minimum speed and quality standards makes him unfit to lead the team even on a part-time basis at this time. We will monitor Alex's production for the next 30 days to see if he improves and exceeds the minimum. If there is documented improvement, we will revisit his role as a supervisory. He must meet the minimum to remain on the team as part of the housekeeping department period.

**Consequences of Further Infractions:** Continued failure to meet the minimum productivity will result in discipline up to and including termination.

**EXHIBIT E**

## Acknowledgment of Receipt of Warnings

By signing this form, you confirm that you understand the information in this warning. You also confirm that you and your manager have discussed the warning and a plan for improvement. Signing this form does not necessarily indicate that you agree with this warning.

_Refused to sign._
Employee Signature / Date

_[signature]_ 3/10/21
Manager Signature / Date

_Galjen Kour_ 3/29/21
Witness Signature (if employee understands warning but refuses to sign) / Date

Alex just kept saying okay, my bay won't happen again. I told him effective immediately he would no longer be cover supervisor duties.