Shank Chiropractic Clinic, LLC.
713 Taywood Road
Englewood, OH 45322

# AUTHORIZATION FOR LIGHT DUTY

DATE: 3/13/21

This is to certify that **Alex Moore** is under my care. In order to avoid aggravation of his/her condition, I recommend that he/she be limited to "light duty".

From 3/13/21 To 3/18/21

with the following limitations: Light duty - no lifting in excess of 30 lbs. No prolonged bending

_____          _____
Dr. Ryan A. Shank                                Dr. Robert W. Shaffer

1:22-cv-00548 DEF6

EXHIBIT F