Next Generation Hospitality LLC
Kings Inn and Suites

3/15/21

**Employee: Demond Moore**

**Department: Housekeeping**

Since January 2021, Demond(Alex) Moore has been creating a hostile work environment. His attitude shifts daily regarding the work he has to do. He has accused me(manager/owner) of being a racist multiple times. Demond continues to complain when he is asked a question regarding his housekeeping board. Demond also has left his shift w/o completing the tasks he has been assigned for the day. It has become impossible to foster a productive, collegial work environment when he continues to be combative and disrespectful to the management and the staff at Kings Inn and Suites.

Assistant General Manager:
Gagan(Gini) Kaur

*[signature]*

1:22-cv-00548 DEF27

EXHIBIT G