Next Generation Hospitality LLC
Kings Inn and Suites

3/18/21

**Employee: Demond Moore**

**Department: Housekeeping**

Today, around 11:30, a guest staying in room 220(Tamera Shorter) complained about Demond Moore. He stated he asked for towels and linen and Alex responded rudely and said it was not his job. Alex was unprofessional and did not help the guest.

Assistant General Manager:
Gagan(Gini) Kaur

*[signature]*

1:22-cv-00548 DEF5

**EXHIBIT H**