# Kings Inn & Suites Mason

## Statement of events leading to separation of employment with Demond Moore.

On 3/26/21 Alex arrived late again for the 11th straight scheduled workday in a row, no explanation. I gave Alex a limited board due to his light duty status. Eight rooms to clean with beds already made and seven rooms to strip of trash and linen. (See attached list) I stripped 4 of his 7 rooms to strip so I could get the linen. I went to find Alex to let him know I would have someone help him finish stripping. As I arrive on the second floor I could not locate Alex because he was again working without a cart outside the door per our safety requirement. When I found him he sarcastically said, "What? What do you want?" I said I wanted to let you know Devon would come help finish stripping the rooms. He replied, "Oh, okay". Devon came to get the list of rooms that needed to be stripped and vacuumed. He said I need a working vacuum. I told him that Alex only had 8 rooms and should be finished by now if was 12:15pm, find him and get his vacuum. 30 minutes later I went up to get what rooms Alex had finished cleaning, he saw me and before I could even open my mouth to ask. He said, I already gave Devon the vacuum, Damm! I was taken aback by his behavior so I walked away. Later Alex was downstairs and I asked. "Alex, can I get your board?" I have guest waiting to check in. He walked away mumbling, I'm almost finished. When he returned he walked in and gave the paper to Betsy without letting me know. I asked again, Alex can I get your board? He yelled I already gave it to her at the desk, damm. I said, Alex we have spoken about your hostile behavior and negative attitude, you are disrespectful and insubordinate. I can no longer tolerate your behavior here at Kings Inn & Suites. Today will be your last day. He yelled, Good! I asked him to clock out and leave property. He instead ran to the hallway up the stairwell and walked up and down each floor and stairwell saying stop following me. I replied if you leave the property I would not be following

1:22-cv-00548  DEF3



you. He said, I am getting my stuff, I said you turned in your key already so what stuff are you getting without a key to access any place? He kept walking faster as to escape my view up to the next floor. To prevent the situation from getting any more volatile, I turned around and headed to the office to get assistance if needed. Demond returned to the laundry area even more aggressive while insulting me, saying you a dirty bitch you let me work and then you fire me. That's why they fired you at Centre Park and I know you be going around trying to steal leads. I said okay can you please just leave the property now. He said you going to hear from my lawyer cause you fucked up firing me while on restrictive duty. I said okay I wish you the best of luck in future, he said I don't need your luck.

Nikki Williams

General Manager

Kings Inn & Suites

*[signature]*