# Kings Inn & Suites Mason /Cincinnati - OH Job Application

PHONE: 1 513 683 7797   EMAIL: CVGWBMANAGEMENT@GMAIL.COM

## Personal Information

| Last | First | MI | Email |
|---|---|---|---|
| Moore | Demond | D. | |

| Street Address | City | ST | Zip | Home Phone | Mobile |
|---|---|---|---|---|---|
| 1625 Roosevelt Ave | Dayton | OH | 45417 | | |

| Are you entitled to work in the United States? | Are you 18 or older? | If yes, Date of Birth |
|---|---|---|
| Yes | Yes | |

Have you been convicted of a felony or been incarcerated in connection with a felony in the past seven years? If yes, please explain:
NO

| Military Service? | Branch | Are you a veteran? | War |
|---|---|---|---|
| NO | | NO | |

| What position are you applying for? | How did you hear about this position? |
|---|---|
| | Ref. |

| Are you able to stand on your feet for long hours : | Any Health Issues or concerns : |
|---|---|
| | |

| Did anyone Refer you : | Have you worked for this company/ hotel / IHG before |
|---|---|
| | |

| Expected Hourly Rate | Availability / Days you cannot work | Date Available to start: |
|---|---|---|

## Prior Work Experience

| | Current or Most Recent | Prior | Prior |
|---|---|---|---|
| Employer | Holiday Inn W. Chester | | |
| Address | 5800 Mullhauser Rd | | |
| City, ST, ZIP | W. Chester, OH | | |
| Telephone | | | |
| Name of Immediate Supervisor | 2 | | |
| Dates of Employment | From 2018 To march 2020 | From   To | From   To |
| Position/Job Title | | | |
| Pay | 11.00 | | |
| Reason for Leaving | | | |
| May We Contact | | | |

## Education

| | Name/Location | Last Year Complete | Degree | Major |
|---|---|---|---|---|
| High School | Dunbar | 9  10  11  (12) | | |
| College/University | Wright Stelle | 1  2  (3)  4 | | |
| Trade School | | | | |
| Other | | | | |

List any applicable special skills, training or proficiencies.

Signature: D. Alex Moore   Date: 9-23-2020

Job Application Form Template © 2014 Vertex42 LLC      https://www.vertex42.com/ExcelTemplates/job-application-form.html

1:22-cv-00548   DEF69


EXHIBIT K

| Disclaimer - By signing, I hereby certify that the above information, to the best of my knowledge, is correct. I understand that falsification of this information may prevent me from being hired or lead to my dismissal if hired. I also provide consent for former employers to be contacted regarding work records. | | |
|---|---|---|

# NOTES: