## AFFIDAVIT OF RHONDA CRADDOCK

I, Rhonda Craddock, duly sworn in and under oath hereby state the following truths:

1. I am an adult over the age of eighteen and competent to testify as to all matters involved herein.

2. I worked at Next Generation Hospitality, LLC d/b/a King's Inn and Suites ("King's Inn") during the time that Demond ("Alex") Moore was also employed there.

3. I witnessed Gaganpreet ("Gini") Kaur regularly follow Alex around to watch him working and to keep track of his whereabouts. Kaur did not do this to Caucasian employees.

4. King's Inn was aware that Moore had a medical condition which interfered with some of his job duties.

5. King's Inn did not provide Moore with an accommodation to allow him to perform his job duties.

6. King's Inn reprimanded Moore when he did not perform job duties which conflicted with his medical conditions.

7. I do not believe King's Inn's termination of Moore's employment was justified.

FURTHER AFFIANT SAYETH NAUGHT.

_____
RHONDA CRADDOCK

The above appeared before me this ___ day of September, 2023, and under oath and of her own free will.

11/4/23

_____
Notary Public

KEYSHA JONES
Notary Public, State of Ohio
My Commission Expires 11-19-2025