**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Demond Moore,

    Plaintiff,

        v.                             Case No.   1:22cv548

Next Generation Hospitality LLC
d/b/a Kings Inn & Suites,

    Defendant.

## JUDGMENT IN A CIVIL CASE

**[ ]**    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[ ]**    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**[ X]**    **DECISION BY COURT**: This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED**:   The Court granted the Defendant's Motion for Summary Judgment (Doc. 11) and dismissed with prejudice all eleven counts set forth in Plaintiff's (First) Amended Complaint (Doc. 3).

Date: November 5, 2024                           Richard W. Nagel, Clerk
                                                            Clerk

                                                  By:    *s/ Krista Zeller*
                                                                  Deputy Clerk