AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT
для
## Southern District of Ohio

MOORE

v.  Case No.: 1:22-cv-00548-MRB

NEXT GENERATION HOSPITALITY LI

## BILL OF COSTS

Judgment having been entered in the above entitled action on  11/5/2024  against  Plaintiff ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 402.00 |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 2,441.10 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. § 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 | |
| Other costs *(please itemize)* | |
| TOTAL | $ 2,843.10 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service    [ ] First class mail, postage prepaid
[ ] Other:

s/ Attorney:  s/ Joshua Engel
Name of Attorney:  Joshua Engel

For: Defendant    Date: 12/3/2024
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
*Clerk of Court*                  *Deputy Clerk*                 *Date*

# Activities Export

12/03/2024
12:40 PM

| Date ▼ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 08/01/2023 | $ | Veritext - Transcript (07-07-2023) - Paid EM Check 2057 | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Tonya Colwell | 1.00 | $1,361.95 | - | $1,361.95 |
| 08/01/2023 | $ | Veritext - Transcript (07-06-2023) - Paid EM Check 2056 | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Tonya Colwell | 1.00 | $882.15 | - | $882.15 |
| 09/23/2022 | $ | Removal Filing Fee | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 1.00 | $402.00 | - | $402.00 |
| | | | | | | | **$0.00**<br>0.00h | **$2,646.10**<br>0.00h |

1/1

**Veritext, LLC - Midwest Region**
Tel. 216-523-1313 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Joshua Engel Esq<br>Engel & Martin LLC<br>4660 Duke Drive<br>Ste 101<br>Mason, OH, 45040 | **Invoice #:** | **6718116** |
|---|---|---|---|
| | | **Invoice Date:** | **7/19/2023** |
| | | **Balance Due:** | **$1,361.95** |

| Case: Moore, Demond v. Next Generation Hospitality LLC (1:22CV00548) | **Proceeding Type: Depositions** |
|---|---|

Job #: 5930169    |    Job Date: 7/7/2023    |    Delivery: Normal

Location:              Columbus, OH
Billing Atty:          Joshua Engel Esq
Scheduling Atty:   Joshua Engel Esq | Engel & Martin LLC

| Witness: Demond Alexander Moore | Amount |
|---|---:|
| Transcript Services | $688.05 |
| Professional Attendance | $225.00 |
| Exhibits | $31.90 |
| Logistics, Processing & Electronic Files | $122.00 |
| Virtual Services | $295.00 |

| Notes: | | **Invoice Total:** | **$1,361.95** |
|---|---|---|---:|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$1,361.95** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Bank Addr:** 311 W. Monroe Chicago, IL 60606<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #: 6718116**<br>**Invoice Date: 7/19/2023**<br>**Balance Due: $1,361.95** |
|---|---|---|

Pay by Credit Card: www.veritext.com

169499

**Veritext, LLC - Midwest Region**

Tel. 216-523-1313 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Joshua Engel Esq<br>Engel & Martin LLC<br>4660 Duke Drive<br>Ste 101<br>Mason, OH, 45040 | | Invoice #: | 6718481 |
|---|---|---|---|---|
| | | | Invoice Date: | 7/19/2023 |
| | | | Balance Due: | $882.15 |

| Case: Moore, Demond v. Next Generation Hospitality, LLC (1:22CV00548) | Proceeding Type: Depositions |
|---|---|

Job #: 5930128   |   Job Date: 7/6/2023   |   Delivery: Normal

| Location: | Columbus, OH |
|---|---|
| Billing Atty: | Joshua Engel Esq |
| Scheduling Atty: | Matthew Bruce \| Spitz Law Firm |

| Witness: Gaganpreet Kaur | Amount |
|---|---|
| Transcript Services | $772.20 |
| Exhibits | $26.95 |
| Logistics, Processing & Electronic Files | $83.00 |

| Notes: | Invoice Total: | $882.15 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $882.15 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6718481
**Invoice Date:** 7/19/2023
**Balance Due:** $882.15

Pay by Credit Card: www.veritext.com

169499