# United States District Court for the Southern District of Ohio

Demond Moore

**Plaintiff,**

vs.　　　　　　　　　　　　　　　　CASE NO.　1:22-cv-00548

Next Generation Hospitality LLC d/b/a Kings Inn & Suites

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that  Demond Moore , hereby appeal (here name all parties taking the appeal) to the United States Court of Appeals for the Sixth Circuit from  the Judgment and Memorandum Opinion granting Summary Judgment  (the final judgment) (from an entered in this action on the  5th  day of order (describing it))

November , 2024 .

(s) *Trisha M. Breedlove*

Address:　Spitz, The Employee's Law Firm
　　　　　1103 Schrock Road, Suite 307
　　　　　Columbus, Ohio 43229

Attorney for:　Demond Moore

6CA-3
1/99