IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| DEMOND MOORE, | Case No. 1:22-cv-00548-MRB |
| Plaintiff, | JUDGE: BARRETT |
| v. | AFFIDAVIT OF JOSHUA ENGEL |
| NEXT GENERATION HOSPITALITY LLC. | |
| Defendant | |

Joshua A. Engel, after being first duly cautioned and sworn according to law, does hereby depose and state the following:

1. I am a member of the Bar of the State of Ohio and the Commonwealth of Massachusetts (inactive). I am also a member of the Bar of the U.S. Supreme Court, the First, Third, Fifth, Sixth, Seventh, Ninth and Eleventh Circuit Courts of Appeals, and the Federal District Courts for the Southern District of Ohio, the Northern District of Ohio, and the District of Massachusetts. I am a 1995 graduate of the Harvard University Law School.

2. I am submitting this Affidavit in support of the Motion, pursuant to 42 U.S.C. § 1988, 28 U.S.C. § 1927, and Local Rule 54, of Defendant Next Generation Hospitality, LLC, d/b/a Kings Inn & Suites, respectfully for Attorney's Fees.

3. My usual and customary rate is $400.00/hour. Based on my experience and knowledge of the Ohio legal market, this rate is comparable to the rate charged by attorneys in Ohio with similar experience.

1

4. Attached to this Affidavit is a true and accurate copy of my Firm's billing records. These records are kept in the ordinary course of business. These records indicate that I billed 74.80 hours on this matter. This time was all necessary to defend against the Plaintiff's claims. This time is worth $29,920.00. These records also indicate that Defendant incurred $2,646.10 in expenses.

Signed under the pains and penalties of perjury this 2nd day of November 2025.

_____
Joshua Adam Engel (0075769)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically served via the Court's ECF System this November 2, 2025 upon all counsel of record.

   /s/ Joshua Engel
Joshua Adam Engel (0075769)

# Activities Export

11/02/2025
5:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 08/12/2022 | | Review of Litigation Documents; Mtg with Client ▮ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 1.30h | ▮ | - | ▮ |
| 08/16/2022 | | Research re: ▮ Letter to counsel ▮ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 2.60h | ▮ | - | ▮ |
| 09/09/2022 | | T/C with Counsel; T/C to Court re: CMC ▮ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 0.30h | ▮ | - | ▮ |
| 09/22/2022 | | Preparation of Removal Documents; Letter to Client; Return of Waiver of Summons ▮ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 1.60h | ▮ | - | ▮ |
| 09/23/2022 | | Removal Filing Fee ▮ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 1.00 | $402.00 | - | $402.00 |
| 09/23/2022 | | Attn to Filing Notice of Removal ▮ | 2022-02653/Kings Inn & Suites/Staybridge Suites | Joshua Engel | 0.50h | ▮ | - | ▮ |

| | | | | | | $0.00 | ▮ |
| | | | | | | 0.00h | 74.80h |

# Activities Export

11/02/2025
5:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | | | | | |
| 10/19/2022 | | Drafting Answer | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 1.80h | ▮ | - | ▮ |
| 12/15/2022 | | Drafting proposed Rule 26 Report | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 1.10h | ▮ | - | ▮ |
| 01/30/2023 | | Beging Drafting Written Discovery to Plaintiff | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 1.00h | ▮ | - | ▮ |
| 01/31/2023 | | Continue Drafting Written Discovery to Plaintiff | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 1.80h | ▮ | - | ▮ |
| 02/06/2023 | | Prep for Status Conf. with Court; Status Conf. with Court | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case | Joshua Engel | 0.50h | ▮ | | ▮ |

$0.00
0.00h

▮
74.80h

# Activities Export

11/02/2025
5:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | Number: 1:22-cv-00548-MRB | | | | | |
| 03/14/2023 | | Z/C with Client ▬▬▬▬▬ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 0.60h | ▬▬ | - | ▬▬ |
| 04/13/2023 | | T/C with opposing Counsel. Email to Chambers ▬▬▬▬▬ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 0.50h | ▬▬ | - | ▬▬ |
| 06/15/2023 | | Prep for Status Conf with Court and SC with Court ▬▬▬▬▬ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 0.70h | ▬▬ | - | ▬▬ |
| 06/16/2023 | | Email to Client ▬▬▬▬▬ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 0.10h | ▬▬ | - | ▬▬ |
| 06/29/2023 | | Prep for Depositions including Z/C with client and review of discovery for key docs ▬▬▬▬▬ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 2.20h | ▬▬ | - | ▬▬ |

$0.00
0.00h

▬▬
74.80h

# Activities Export

11/02/2025
5:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 07/05/2023 | | Depo. Prep | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 1.80h | ■■■ | - | ■■■ |
| 07/06/2023 | | Deposition | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 3.30h | ■■■ | - | ■■■ |
| 07/07/2023 | | Plaintiff Deposition | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 2.70h | ■■■ | - | ■■■ |
| 08/01/2023 | | Veritext - Transcript (07-06-2023) - Paid EM Check 2056 | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Tonya Colwell | 1.00 | $882.15 | - | $882.15 |
| 08/01/2023 | | Veritext - Transcript (07-07-2023) - Paid EM Check 2057 | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Tonya Colwell | 1.00 | $1,361.95 | - | $1,361.95 |
| 09/05/2023 | | Drafting Settlement Letter | 2022-02653/Kings Inn & Suites/Staybridge Suites | Joshua Engel | 3.50h | ■■■ | - | ■■■ |

$0.00
0.00h
74.80h

# Activities Export

11/02/2025
5:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | | | | | |
| 09/11/2023 | | Revisions to Letter and Sending to Court | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 1.50h | ███ | - | ███ |
| 03/04/2024 | | Begin Drafting MSJ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 2.70h | ███ | - | ███ |
| 03/05/2024 | | Conf. with Court | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 0.50h | ███ | - | ███ |
| 03/11/2024 | | Continued Drafting MSJ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 3.30h | ███ | - | ███ |
| 03/12/2024 | | Continued Drafting MSJ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case | Joshua Engel | 2.60h | ███ | - | ███ |

$0.00
0.00h
74.80h

# Activities Export

11/02/2025
5:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | Number: 1:22-cv-00548-MRB | | | | | |
| 03/13/2024 | | Prep of Exhibits for MSJ and Attn to Filing | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 2.50h | ▇▇▇ | - | ▇▇▇ |
| 03/14/2024 | | Finalize MSJ and Attn to Filing | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 3.50h | ▇▇▇ | - | ▇▇▇ |
| 04/10/2024 | | Beging Drafting Reply for MSJ; research re: ▇▇▇ f ▇▇▇ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 1.80h | ▇▇▇ | - | ▇▇▇ |
| 04/11/2024 | | Continued Drafting Reply for MSJ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 2.20h | ▇▇▇ | - | ▇▇▇ |
| 04/12/2024 | | Continued revisions to MSJ Reply and Attn to Filing | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 3.30h | ▇▇▇ | | ▇▇▇ |

$0.00
0.00h

▇▇▇
74.80h

# Activities Export

11/02/2025
5:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 11/05/2024 | | Review of Decision from Court; Email to client re: ▓▓▓ ▓▓▓▓▓ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 1.00h | ▓▓▓ | - | ▓▓▓ |
| 12/03/2024 | | Drafting Motion for fees and Affidavot; Drafting Bill of Costs ▓▓▓ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 2.50h | ▓▓▓ | - | ▓▓▓ |
| 12/19/2024 | | Mediation T/C ▓▓▓ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 0.50h | ▓▓▓ | - | ▓▓▓ |
| 01/29/2025 | | Drafting Letter for Mediation with 6th Circuit ▓▓▓ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 2.50h | ▓▓▓ | - | ▓▓▓ |
| 02/05/2025 | | Mediation with 6th Circuit ▓▓▓ | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 2.50h | ▓▓▓ | - | ▓▓▓ |
| 04/04/2025 | | Review of Brief filed by Appeallants, including review of | 2022-02653/Kings Inn & Suites/Staybridge Suites | Joshua Engel | 2.20h | ▓▓▓ | | ▓▓▓ |

$0.00
0.00h
▓▓▓
74.80h

# Activities Export

11/02/2025
5:17 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | cited cases and record | Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | | | | | |
| 04/07/2025 | | Beging Drafting Sixth Circuit Brief | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 4.50h | ▇ | - | ▇ |
| 04/25/2025 | | Continued Drafting Sixth Cir Brief | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 4.70h | ▇ | - | ▇ |
| 04/28/2025 | | Finish Drafting Sixth Cir Brief and Att. to filing | 2022-02653/Kings Inn & Suites/Staybridge Suites Moore v. Next Generation Hospitality LLC Case Number: 1:22-cv-00548-MRB | Joshua Engel | 2.60h | ▇ | - | ▇ |
| | | | | | | | $0.00 0.00h | ▇ 74.80h |