**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 20, 2025

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

>       Re:     Case No. 24-4050, *Demond Moore v. Next Generation Hospitality*
>               Originating Case No. 1:22-cv-00548

Dear Mr. Nagel,

   Enclosed is a copy of the mandate filed in this case.

>                                    Sincerely yours,
>
>                                    s/Kelly Stephens
>                                    Case Management Specialist: Antoinette

cc:  Ms. Trisha M. Breedlove
     Mr. Joshua Adam Engel

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 24-4050

_____

Filed: November 20, 2025

DEMOND ALEX MOORE

     Plaintiff - Appellant

v.

NEXT GENERATION HOSPITALITY LLC, dba Kings Inn & Suites

     Defendant - Appellee

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 10/29/2025 the mandate for this case hereby issues today.

COSTS:  None