**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DEMOND MOORE,** | ) | |
| | ) | |
| | ) | **CASE NO. 1:22-cv-00548-MRB** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **JUDGE MICHAEL R. BARRETT** |
| | ) | |
| | ) | |
| **NEXT GENERATION HOSPITALITY** | ) | |
| **LLC d/b/a KINGS INN & SUITES,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>PROPOSED ORDER</u>**

This matter is before the Court on Plaintiff Demond Moore's Motion to Alter or Amend the July 2, 2026 Order Awarding Attorney's Fees. Upon consideration, the Motion is **GRANTED IN PART** to the extent set forth below.

After reviewing the Motion, the parties' arguments, and the record, the Court finds that a limited adjustment to the attorney-fee award is appropriate. The attorney-fee award set forth in the July 2, 2026 Order is reduced to $_____.

Except as expressly modified herein, the July 2, 2026 Order remains in effect.

**IT IS SO ORDERED.**

Date: _____

                                                            _____
MICHAEL R. BARRETT
UNITED STATES DISTRICT JUDGE